UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTA DEON IVORY,<br><br>Plaintiff,<br><br>v.<br><br>DAVITA DIALYSIS CORP., et al.,<br><br>Defendants. | No. 2:19-cv-2268-JAM-EFB P<br><br><br><br>ORDER |

Plaintiff, proceeding pro se, has filed this action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 15, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 15, 2020, are adopted in full; and

2. This action is DISMISSED without prejudice for the reasons set forth in the March 26, 2020 screening order (ECF No. 8).

DATED: August 10, 2020

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE